UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| VICTOR RAY JACKSON | ) Case No. 02-00002-01-CR-W-RK |
| | ) |
| Defendant. | ) |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of February 22, 2016, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Victor Ray Jackson:

**The defendant shall participate in a sex offender program, to include psychological testing and a polygraph examination, as directed by the U.S Probation Officer. The defendant shall also abide by all supplemental conditions of sex offender treatment, to include abstaining from alcohol. Participation may include inpatient/outpatient treatment, if deemed necessary by the treatment provider. The defendant will conribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment. Sex offender assessments and treatment shall be conducted by therapists and polygraph examiners approved by the U.S. Probation Office, who shall release all reports to the U.S. Probation Office. The results of a polygraph examination will not be used for the purpose of revocation of supervised release. If disclosure is required by mandatory reporting laws, polygraph results will be reported to appropriate treatment personnel, law enforcement, and related agencies with the approval of the Court. If polygraph results reveal possible new criminal behavior, this will be reported to the appropriate law enforcement and related agencies after obtaining approval from the Court.**

**The defendant shall not have any contact (personal, electronic, mail or otherwise) with any child under the age of 18, including in employment, without the prior approval of the U.S. Probation Officer. If contact is approved, the defendant must comply with any conditions or limitations on this contact, as set forth by the U.S. Probation Officer. Incidental contact in the course of daily commercial transactions is permissible.**

**The defendant shall not view or possess any form of sexually stimulating pornography, correspond with anyone in the business of providing such**

**material, or enter adult entertainment venues where sexually stimulating pornography is the primary product(s) for purchase or viewing.**

**The defendant shall not possess or use a computer or any other device with an internal, external, or wireless modem, without the prior approval of the U.S. Probation Officer. If computer use is approved, the defendant shall submit to unannounced examinations of all computer equipment, the installation of monitoring hardware and software, and the possible removal of such equipment for a more thorough inspection. If computer use for employment purposes is approved by the U.S. Probation Officer, the defendant shall permit third party disclosure to any employer or potential employer concerning any computer-related restrictions that are imposed upon the defendant.**

                  s/ Roseann A. Ketchmark
                _____
                   ROSEANN A. KETCHMARK
                UNITED STATES DISTRICT JUDGE

Dated at Kansas City, this   25th   day of   February  , 2016.