# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
### U.S. Probation / Pretrial Services

**Michael J. Elbert, Chief**
U.S. Probation Officer
110 East Court Avenue, Room 127
Des Moines, IA   50309
515-284-6207
Fax - 515-284-7388



**Timothy F. Heinrichs, Deputy Chief**
U. S. Probation Officer
131 East 4th Street, Room 075
Davenport, IA   52801
563-884-7626
Fax - 563-884-7635



**Serve the Court**
**Support One Another**
**Protect the Community**
**Change Lives**

**Council Bluffs Divisional Office**
Eight South 6th Street, Room 354
Council Bluffs, IA   51501
712-322-2071
Fax - 712-322-2099

*Reply to DAVENPORT*

*10/01/2018*

## Mission: "We serve with integrity, courage, and compassion, promoting justice and positive change."

> **RE: Victor Ray Jackson**
> **Your Docket #02-00002-01-CR-W-RK**
> **Our Docket #   1:19CR00046-JAJ**

> Transfer of Jurisdiction

Attached please find the Probation Form 22, Transfer of Jurisdiction, in the above-named individual's case.   Part 2 was signed by the Honorable John A. Jarvey, Chief Judge, accepting jurisdiction.

Please forward to your Clerk's office, who we then request to electronically forward the paperwork (copy of the Indictment and/or Information, Judgment and Commitment Order, Docket Sheet, Payment Record, and a copy of the Prob Form 22) on the above-named individual to the Clerk of Court, Southern District of Iowa, *IASD CASE MANAGERS/IASD/08/USCOURTS.*   If there are any questions, the Clerk's office may be contacted at 515/284-6248. At that time, the acceptance of jurisdiction will be completed.

Should you need to contact me, I may be reached at 309/884-7626.

Respectfully,

*/s/ Holly Hansen*

Holly Hansen
Administrative Assistant

Enclosures as stated